IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERRA V. BOWDEN** | : | Civil No. 1:17-CV-01999 |
| Plaintiff, | : | |
| v. | : | |
| **DB SCHENKER** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## <u>O R D E R</u>

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) Defendant's motion to dismiss the complaint (Doc. 6) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**;

2) Defendant's motion to transfer venue (Doc. 4) is **MOOT**; and

3) Defendant's motion for sanctions against Alphonso Arnold, Jr. Esq. (Doc. 9) is **GRANTED** for cause shown under Federal Rule of Civil Procedure 11(c)(1). Sanctions, which shall include all of Defendant's reasonable attorneys' fees and costs to defend this action, are awarded against Plaintiff's counsel, Alphonso Arnold Jr., Esq., for filing frivolous and duplicative litigation. Within **fourteen (14)** days of the date of this order, Defendant shall submit its reasonable fees and costs to the Court.

                                                     s/Sylvia H. Rambo
                                                     SYLVIA H. RAMBO
Dated: March 8, 2018                     United States District Judge