IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERRA V. BOWDEN** | : | Civil No. 1:17-CV-01999 |
| Plaintiff, | : | |
| v. | : | |
| **DB SCHENKER** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, Defendant's motion for attorney's fees and costs (Doc. 18a) **IS HEREBY GRANTED**. Defendant is awarded attorney's fees in the amount of $23,010.00, and costs in the amount of $350.00 for a total award of $23,360.00.

                                                  s/*Sylvia H. Rambo*
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: January 16, 2019